THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 Carolina First Bank, as
 Successor to Rock Hill Bank and
 Trust,        Respondent,
 
 
 

v.

 
 
 
 I.G.W.T. Limousine, Inc. and
 Fundador Roman and Mary Susan
 Roman,        Appellants.
 
 
 

Appeal From York County
S. Jackson Kimball, III, Special Circuit Court Judge

Unpublished Opinion No.
2005-UP-411
Submitted June 1, 2005  Filed June 27, 2005

AFFIRMED

 
 
 
 Jeffrey Falkner Wilkes, of Greenville,
 for Appellants.
 Sarah E. Day and Sandi R.
 Wilson, both of Greenville, for Respondent.
 
 
 

PER CURIAM: I.G.W.T.
Limousine, Inc., Fundador Roman, and Mary Susan Roman appeal from the grant of
summary judgment to Carolina First Bank, as Successor to Rock Hill Bank and
Trust.  We affirm 1 pursuant to
Rule 220, SCACR, and the following authorities:  Wilder Corp. v. Wilke,
330 S.C. 71, 76, 497 S.E.2d 731, 733 (1998) (It is axiomatic that an issue
cannot be raised for the first time on appeal, but must have been raised to and
ruled upon by the trial judge to be preserved for appellate review.); Summer
v. Carpenter, 328 S.C. 36, 43, 492 S.E.2d 55, 58 (1997) (stating that where
trial judge did not rule on issue at trial and party did not make a Rule 59,
SCRCP, motion for a ruling, issue is not preserved for appellate review).
AFFIRMED.
GOOLSBY, HUFF, and KITTREDGE, JJ.,
concur. 

1 We decide this case without oral argument pursuant to Rule 215,
SCACR.